**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 6, 2015

Hon. Douglas H. Pettit
Attorney At Law
680 E. St. Charles Ave., Ste 600
Brownsville, TX 78521
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Hon. Rene B. Gonzalez
Assistant District Attorney
964 E. Harrison Street, 4th Floor
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Oscar X. Garcia
357th District Court
974 E. Harrison
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00457-CR
Tr.Ct.No. 2013-DCR-1953-E
Style:    Victor Hernandez v. The State of Texas

Enclosed please find copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:   Hon. Eric  Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)
      Ms. Sue Chaney Saenz (DELIVERED VIA E-MAIL)